FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW BRIAN TRAMMELL,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMIAH TIMOTHY YATES; JANE DOE YATES; and LYFT CENTER INC., a Delaware Corporation doing business in Washington State,<br><br>    Defendants. | No. 2:25-cv-00460-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 11. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 11, is **GRANTED**.

2. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 11th day of February 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** # 1